1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KIMBERLY LYNN McGINTY, | ) Case No. EDCV 13-0271 JCG |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

with the Court's Memorandum Opinion and Order filed contemporaneously with the

filing of this Judgment.


Dated: February 25, 2014

                                      _____
                                         Hon. Jay C. Gandhi
                                      United States Magistrate Judge